UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, * | |
|     Plaintiff, * | |
| * | CASE NO.: |
| v. * | |
| * | COPYRIGHT |
| DOE- 174.64.14.54, * | |
|     Defendant * | SECTION |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR AUTHORIZATION TO SEEK DISCOVERY PRIOR TO RULE 26(F) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), plaintiff, Dallas Buyers Club, LLC ("DBC"), moves for a court order authorizing DBC to seek discovery from a non-party prior to the case management conference required by Fed. R. Civ. P. 26(f). This is a suit for infringement of DBC's copyright protecting the major motion picture *Dallas Buyers Club* by a person whose identity is known to DBC only by the unique Internet Protocol ("IP") address assigned by the unknown infringer's Internet Service Provider ("ISP"). DBC seeks authorization to issue a subpoena to the ISP for the limited purpose of identifying the unknown infringer.

The case management conference cannot occur until after the unknown infringer's identity is learned and he or she is served with the Summons and Complaint; therefore, serving the requested subpoena on the ISP is a necessary prerequisite for conducting the case management conference and the prosecution of this copyright infringement case. In addition, ISPs typically maintain the information sought (the identification of a subscriber assigned an ISP on a particular date and at a particular time) for a limited period. Accordingly, delay in issuing the subpoena to obtain the information sought risks the loss of the information and with it, DBC's ability to pursue this action. In support of this motion, DBC submits the attached

memorandum, the declaration of Daniel Macek and the Complaint filed in this action. For the reasons discussed in DBC's memorandum, DBC has established good cause for the granting of this motion.

        Respectfully submitted,

        *s/Pierre V. Miller II*
        Pierre V. Miller II #17712
        Patrick H. Patrick #14297
        Patrick Miller, LLC
        400 Poydras Street, Suite 1680
        New Orleans, Louisiana 70130
        Telephone:   (504) 527-5400
        Facsimile:    (504) 527-5456
        E-mail: pmiller@patrickmillerlaw.com
        E-mail: ppatrick@patrickmillerlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all known parties by hand delivery, electronic delivery, ECF, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this ___ day of February, 2016. Plaintiff notes no parties have appeared or are known at this time.

        PIERRE V. MILLER II