Case 3:16-cv-00112-BAJ-EWD   Document 5-5   03/03/16   Page 1 of 2

  How you **connect** to the world                  

MY IP  |  IP LOOKUP  |  SPEED TEST  |  BLACKLIST CHECK  |  TRACE EMAIL  |  CHANGE IP  |  HIDE IP  |  IP TOOLS  |  LEARN  |  COMMUNITY



### IP Details for 174.64.14.54

Share 0    Tweet    G+ Share 0

This information should not be used for emergency purposes, trying to find someone's exact physical address, or other purposes that would require 100% accuracy. Please read about **geolocation accuracy** for more information.

174.64.14.54    **Lookup IP Address**

#### General IP Information

|  |  |
|--|--|
| IP: | 174.64.14.54 |
| Decimal: | 2923433526 |
| Hostname: | ip174-64-14-54.br.br.cox.net |
| ASN: | 22773 |
| ISP: | Cox Communications |
| Organization: | Cox Communications |
| Services: | None detected |
| Type: | Broadband |
| Assignment: | Static IP |
| Blacklist: | Blacklist Check |

#### Geolocation Information

|  |  |
|--|--|
| Continent: | North America |
| Country: | United States |
| State/Region: | Louisiana |
| City: | Baton Rouge |
| Latitude: | 30.4  (30° 23′ 60.00″ N) |
| Longitude: | -91.1454  (91° 8′ 43.44″ W) |
| Postal Code: | 70808 |

#### Geolocation Map



MapQuest – Some data ©2016 "Map data © OpenStreetMap and contributors, ODbL" | Terms

#### User Comments

No comments. Be the first to add one.

---

WhatIsMyIPAddress.com  
Like Page   241k likes



Free Microsoft Lync Guide  
mitel.com  
6 Customer Service Tech Tools For Microsoft Lync. Free Whitepaper!

2016 Stock Market Crash  
Remove Malware - Free  
Start Download Now





Share 0   Tweet  G+ Share 0

Like this site?  
Post a review!

Enter up to 500 characters in your comment about this IP address. Please post questions in the forums.

Submit comment | All comments are moderated.

**Related Articles**

- How accurate is geolocation?
- How do I hide my IP address?
- How do I change my IP address?
- What is a proxy server?

© 2000-2016 What Is My IP Address. All Rights Reserved.        Privacy Policy   Terms of Use    Newsletter    Support

Like this site?
Post a review!