## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,** * | |
|    **Plaintiff,** * | |
| * | **CASE NO.:** |
| v. * | |
| * | **COPYRIGHT** |
| **DOE- 174.64.14.54,** * | |
|    **Defendant** * | **SECTION** |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Authorization to Seek Discovery Prior to Rule 26(F) Conference Pursuant to Fed. R. Civ. P. 26(d)(1) filed by plaintiff for a court order authorizing plaintiff to seek discovery from a non-party prior to the case management conference required by Fed. R. Civ. P. 26(f), and finding plaintiff has shown good cause,

IT IS HEREBY ORDERED that plaintiff is granted authority to issue a subpoena to the Doe Defendant's Internet Service Provider for the limited purpose of identifying the unknown infringer.

_____

MAGISTRATE JUDGE