**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DALLAS BUYERS CLUB, LLC,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO.: 16-00112- BAJ-EWD |
| | * | |
| **DOE- 174.64.14.54,** | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO STRIKE MEMORANDUM AND FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATIONS**

As directed, plaintiff, Dallas Buyers Club, LLC ("DBC"), moves to strike the memorandum (Doc. 5-1) it filed in support of its Motion for Authorization to Seek Discovery Prior to Rule 26(F) Conference Pursuant to Fed. R. Civ. P. 26(d)(1) (Doc. 5) because the memorandum exceeds the page limits set by Local Rule 7(g).

In accordance with Local Rule 7(g), DBC also moves for leave to file the attached memorandum in support of DBC's motion (Doc. 5). Local Rule 7(g) requires leave of court to file an original supporting memorandum in excess of 20 pages, and DBC's original memorandum in support of its motion is 22 pages in length. These motions should be granted for the reasons discussed in the accompanying memorandum.

                                                Respectfully submitted,
                                                *s/Pierre V. Miller II*
                                                Pierre V. Miller II #17712
                                                Patrick H. Patrick #14297
                                                Patrick Miller, LLC
                                                400 Poydras Street, Suite 1680
                                                New Orleans, Louisiana 70130
                                                Telephone:     (504) 527-5400
                                                Facsimile:      (504) 527-5456
                                                E-mail: pmiller@patrickmillerlaw.com
                                                E-mail: ppatrick@patrickmillerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all known parties by hand delivery, electronic delivery, ECF, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this  4th   day of March, 2016. Plaintiff notes no parties have appeared or are known at this time.

                                                         *s/Pierre V. Miller II*
                                                         PIERRE V. MILLER II